# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JACKIE D. HOWARD                                    PETITIONER

v.                    No. 4:18-cv-754-DPM

BRENT HALTOM, Judge;  and
KERRY WOOD, Public Defender                         RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 2, and overrules Howard's objections. FED. R. CIV. P. 72(b)(3). Howard must exhaust his State court remedies before filing a *habeas* petition. His petition will therefore be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 November 2018