# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JACKIE D. HOWARD                                              PETITIONER

v.                        No. 4:18-cv-754-DPM

BRENT HALTOM, Judge;  and
KERRY WOOD, Public Defender                                   RESPONDENT

## JUDGMENT

Howard's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2018